IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY GREEN and FREIDA GREEN : | |
| : | CIVIL ACTION NO. 02-CV-3942 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____   _____
Hope S. Freiwald                                                   Aline Fairweather


_____   _____
Alison T. Conn                                                     Kirstin J. Miller


Dated: July _____, 2002          DECHERT PRICE & RHOADS
                                     4000 Bell Atlantic Tower
                                     1717 Arch Street
                                     Philadelphia, PA  19103-2793
                                     (215) 994-4000

T:\NS.INW004.DOC 08/07/02 9:16 PM